

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00282-CR

EX PARTE MICHAEL LEE SHARPE

§ On Appeal from Criminal District Court

§ No. 3

§ of Tarrant County (C0011658-1836829)

§ December 19, 2024

§ Memorandum Opinion by Justice Womack

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack